SCAN

Errol H. Stambler, Esq.
10880 Wilshire Blvd., Suite 1050
Los Angeles, California 90024

o:     (310) 473-4525
f:     (310) 475-8187

estambler@msn.com

California State Bar Number: 58374

Party for: Ramon G. Valdez

FILED
CLERK, U.S. DISTRICT COURT

NOV - 4 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,     )
                                  )     CR 05-1032
          PLAINTIFF,              )
                                  )     CASE NO.: 05-2022M
                                  )
                                  )          ORDER
RAMON G. VALDEZ,                  )
                                  )
          DEFENDANT.              )
                                  )

GOOD CAUSE HAVING BEEN FOUND AND WITHOUT OBJECTION BY

THE GOVERNMENT:

It is hereby Ordered that Mr. Ramon G. Valdez be permitted to travel to any

location within the State of California without further order of the court. That the

travel restrictions previously imposed are now modified to permit such travel within

the State of California without further order of the court. All other terms and

conditions of release remain in effect.

Dated: November 4, 2005          _____

U.S. Magistrate JUDGE

UNITED STATES DISTRICT COURT

NOV - 8 2005