# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No.  CR 05-1032 CW                               Date  April 12, 2006

Present: The Honorable  CARLA M. WOEHRLE

| D. THOMAS | 06-23 | Brian Hoffstadt |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| Defendant | Counsel for Defendant | Retd. DFPD Panel | Interpreter |
|---|---|---|---|
| RAMON G. VALDEZ | | x | None |

**PROCEEDINGS:**          **SENTENCING AND JUDGMENT**

__X__ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.     ___ See below for sentence.
___ Imprisonment for _years/months_ on each of counts _____
   Count(s) _____ concurrent/consecutive to count(s) _____
___ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
   ___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _1_
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
   commencing _____
_1_ year Probation imposed _____
   consecutive/concurrent to count(s) _____
   under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions,
   under the direction of the Probation Office:
   ___ Perform _____ hours of community service.
   ___ Serve _____ in a CCC/CTC.
   _X_ Pay  $1,000.00  fine amounts & times determined by P/O.
   ___ Make  $_____ restitution in amounts & times determined by P/O.
   ___ Participate in a program for treatment of narcotic/alcohol addiction.
      Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with
      rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report
      to the nearest P/O within 72 hours.
   ___ Other conditions: _____
   Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the
___ defendant does not have the ability to pay.

_X_ Pay  $ -------  per count, special assessment to the United States for a total of  $ 25.00
___ Imprisonment for _months/years_ and for a study pursuant to 18 USC _____
   with results to be furnished to the Court within  _days/months_  whereupon the sentence shall be subject to
   modification. This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
___ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.
_X_ Bond exonerated            ___ upon surrender       ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____
   at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the
   U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.          ___ Appeal bond set at  $ _____
_X_ Filed and distributed judgment. Issd JS-3. ENTERED.
___ Other _____

DOCKETED ON CM
MAY 16 2006

                                                         Initials of Deputy Clerk  DT
cc:

P SEND ENT JS-3

# United States District Court
## Central District of California

UNITED STATES OF AMERICA vs.  Docket No. __CR 05-1032 CW__

[CLERK, U.S DISTRICT COURT stamp: MAY 1 6 2006]

Defendant  RAMON G. VALDEZ   Social Security No. _4_ _9_ _4_ _1_

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 4 | 12 | 06 |

**COUNSEL** [X] WITH COUNSEL   ERROL STAMBLER (Appointed)
(Name of Counsel)

**PLEA** [X] GUILTY, and the court being satisfied that there is a factual basis for the plea. [ ] NOLO CONTENDERE  [ ] NOT GUILTY

**FINDING** There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:
17 U.S.C. ¶ 506 (a)(1)(B) and 18 U.S.C. ¶2319(c)(3) : Criminal Infringement of a Copyright, as charged in the Information;

**JUDGMENT AND PROB/ COMM ORDER** The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordere that:.

It is ordered that the defendant shall pay to the United States a special assessment of $ 25.00, which is due immediately.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Ramon Gabriel Valdez, is hereby place on probation on the Single-Count Information for a term of one year under the following terms and conditions:

1. The defendant shall comply with the rules and regulation of the U.S. Probation Office and General Order No 318;

2. During the period of community supervision the defendant shall pay the special assessment and the fine in accordance with this judgment's orders pertaining to such payment;

3. The defendant shall pay to the United States the total fine of $1,000 which shall bear interest as provided by law the fine shall be paid in monthly installments during the term of probation beginning 30 days after the date of this judgment. The amount of the monthly installment shall be determined by the Department of Probation in light of defendant's employment.

The drug testing condition mandated by statute is suspended based on the Court's determinatin that the defendant poses a low risk of future substance abuse.

Case 2:05-cr-01032-CW   Document 31   Filed 04/12/06   Page 3 of 6   Page ID #:29

USA vs.   RAMON VALDEZ                                        Docket No.:   CR 05-1032 CW

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

_April 21 2006_
Date

_Carla M. Woehrle_
CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE

(1116)

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

_April 21 2006_
Filed Date

By _Donna Thomas_
Donna Thomas, Deputy Clerk

---

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

☐ The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

USA vs. RAMON VALDEZ                                    Docket No.: CR 05-1032 CW

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

USA vs. RAMON VALDEZ    Docket No.: CR 05-1032 CW

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

Date                Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

Filed Date            Deputy Clerk

---

### FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____            _____
        Defendant                    Date

_____            _____
U. S. Probation Officer/Designated Witness    Date

CR-104 (11/04)    JUDGMENT & PROBATION/COMMITMENT ORDER
Page 4 of 4

Case 2:05-cr-01032-CW   Document 31   Filed 04/12/06   Page 6 of 6   Page ID #:32

# NOTICE PARTY SERVICE LIST

Case No. CR 05-1032 CW    Case Title USA v. Ramon G. Valdez

Title of Document JUDGMENT

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| ✓x | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| ✓x | Fiscal Section |
| | Intake Supervisor |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| ✓x | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |
| | Stratton, Maria - Federal Public Defender |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| ✓x | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| ✓x | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (include suite or floor):

*E-mail:

*Fax No.:

* For CIVIL cases only

| JUDGE / MAGISTRATE JUDGE (list below): |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk 

G-75 (06/04)    NOTICE PARTY SERVICE LIST